UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHYANNE SHEPHERD, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER LOGISTICS, INC., AMAZON.COM, INC., AMAZON LOGISTICS, INC., AMAZON.COM SALES, INC., and AINULLAH HAMZA, individually, <br><br> Defendants. | Case No.: 1:26-cv-01297-CBA-PK |

## **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Emily Walpole on behalf of Defendants Amazon.com, Inc., Amazon Logistics, Inc., and Amazon.com Sales, Inc. (collectively "Amazon Defendants"), in the above-referenced matter. Defendants will continue to be represented by August W. Heckman III and Maria DeCastro of Morgan, Lewis & Bockius LLP.

                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                  s/ August W. Heckman III
                                                  August W. Heckman III
                                                  502 Carnegie Center
                                                  Princeton, New Jersey 08540
                                                  Tel: (609) 919-6686
                                                  Fax: (609) 919-6701
                                                  august.heckman@morganlewis.com

Dated: March 10, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, the foregoing Withdrawal of Appearance of Emily Walpole, was filed via the ECF filing system, and served by Federal Express, on the following:

Melissa Mendoza
Derek Smith Law Group, PLLC
450 7th Ave 30th Floor
New York, NY 10123

*Attorneys for Plaintiff*

Raymond Nardo
Raymond Nardo, P.C.
55 Jericho Turnpike, Suite 205
Jericho, NY 11753

*Attorneys for Defendant Frontier Logistics, Inc.*

David S. Feather
Feather Law Firm, P.C.
666 Old Country Road
Suite 509
Garden City, NY 11530

*Attorneys for Defendant Ainullah Hamza*

I affirm that the foregoing is true under penalties of perjury.

*/s/ August W. Heckman III*
August W. Heckman III