# Morgan Lewis

**August W. Heckman III**
Partner
+1.609.919.6696
august.heckman@morganlewis.com

March 10, 2026

**VIA ECF**

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Shyanne Shepherd v. Frontier Logistics, Inc., et al., Civil Action No. 1:26-cv-01297 (CBA) (PK)**

Your Honor:

We represent Defendants Amazon.com, Inc., Amazon Logistics, Inc., and Amazon.com Sales Inc. (collectively "Amazon Defendants")[1] in the above-referenced matter. We write pursuant to Rule IV of Your Honor's Individual Practices to request an extension of Defendants' time to answer, move, or otherwise respond to Plaintiff Shyanne Shepherd's Complaint through and including March 24, 2026. This is Amazon Defendants' first request to this Court for such relief. Prior to the removal of this action, the Parties stipulated to extend Defendants' time to respond to the Complaint through and including March 24, 2026. *See* ECF No. 1-10.

On September 3, 2025, Plaintiff commenced this action by filing a Summons in the Supreme Court of the State of New York, County of Queens. On February 4, 2026, Plaintiff served defendants with a copy of her Complaint. On February 18, 2026, the Parties stipulated to an

---

[1] Although Plaintiff names various Amazon entities in her Complaint, Plaintiff never sought employment with any Amazon entity. Rather, Plaintiff was an employee of Frontier Logistics, Inc., an independently owned and operated local courier company. Although Plaintiff lacks any basis in law or fact to bring any cause of action against any Amazon entity, Amazon Logistics, Inc. is the Amazon entity with the closest connection to the underlying allegations.

Hon. Peggy Kuo
March 10, 2026
Page 2

extension of Defendants' deadline to answer or otherwise respond to the Complaint, through and including March 24, 2026.

On March 5, 2026, Amazon Defendants, with the consent of the other defendants in this matter, removed this action to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1446. According to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants must now respond to the Complaint by March 12, 2026. Amazon Defendants respectfully request that this Court extend Defendants' deadline to respond to the Complaint until March 24, 2026, the date previously agreed to by the Parties.

Thank you in advance for your consideration.

Sincerely,


 */s/ August W. Heckman III*
August W. Heckman III



**VIA ECF, EMAIL, AND FIRST-CLASS MAIL**
Melissa Mendoza
Derek Smith Law Group, PLLC
450 7th Ave 30th Floor
New York, NY 10123
melissa@dereksmithlaw.com
*Attorneys for Plaintiff*

**VIA EMAIL AND FIRST-CLASS MAIL**
Raymond Nardo
Raymond Nardo, P.C.
55 Jericho Turnpike, Suite 205
Jericho, NY 11753
raymondnardo@gmail.com
*Attorneys for Defendant Frontier Logistics, Inc.*

David S. Feather
Feather Law Firm, P.C.
666 Old Country Road, Suite 509
Garden City, NY 11530
dfeather@featherlawfirm.com
*Attorneys for Defendant Ainullah Hamza*