AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York    ▼

| | |
|---|---|
| Shyanne Shepherd <br> *Plaintiff* | ) <br> ) <br> ) |
| v. | ) |
| Frontier Logistics, Inc., et al. <br> *Defendant* | ) <br> ) |

Case No.   26-cv-01297

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant AINULLAH HAMZA

Date:    03/13/2026

_____
*Attorney's signature*

David S. Feather; DF1832
*Printed name and bar number*

Feather Law Firm, P.C.
666 Old Country Road, Suite 509
Garden City, New York 11530
*Address*

DFeather@FeatherLawFirm.com
*E-mail address*

(516) 745-9000
*Telephone number*

(516) 908-3930
*FAX number*