# FEATHER LAW FIRM, P.C.

666 OLD COUNTRY ROAD
SUITE 509
GARDEN CITY, NEW YORK 11530

Telephone: 516.745.9000
Facsimile: 516.908.3930

DFeather@FeatherLawFirm.com
www.FeatherLawFirm.com

March 13, 2026

**VIA ECF ONLY**

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Shepherd v. Frontier Logistics, Inc., et al.
            Docket No. 26-cv-01297

Dear Magistrate Judge Kuo:

    The undersigned represents the Defendant Ainullah Hamza with respect to the above-referenced matter.

    This matter was removed from New York State Supreme Court for the County of Queens to this Court by Defendants Amazon.com, Amazon Logistics, Inc, and Amazon.com Sales Inc. (hereinafter "Amazon Defendants") on March 5, 2026. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' response to the Complaint was due March 12, 2026. Prior to the removal of this action, however, the Parties stipulated to an extension of Defendants' deadline to answer or otherwise move with respect to the Complaint through and including March 24, 2026. In addition, on March 11, 2026 this Court agreed to extend Amazon Defendants' time to respond to the Complaint, to March 24, 2026

    By this letter, I am requesting an extension of Defendant Ainullah Hamza's time to answer, move or otherwise respond to the Complaint through and including March 24, 2026. This is Defendant Hamza's first request to this Court for such relief.

Respectfully yours,

David S. Feather

cc: All Counsel (via ECF only)