# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

55 JERICHO TPKE, SUITE 205, JERICHO, NY 11753

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **Nardo@Raynardo.com**

March 13, 2026

<u>By ECF</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Shyanne Shepherd v. Frontier Logistics, Inc., et al., Civil Action No. 26-cv-01297 (CBA) (PK)</u>

Dear Judge Kuo:

I represent the Defendant, Frontier Logistics, Inc. in the above matter. I write pursuant to Rule IV of Your Honor's Individual Practices to request an extension of Defendant's time to answer, move, or otherwise respond to Plaintiff Shyanne Shepherd's Complaint through and including March 24, 2026. This is the first request to this Court for such relief, and Plaintiff has consented. Prior to the removal of this action, the Parties stipulated to extend Defendants' time to respond to the Complaint through and including March 24, 2026. *See* ECF No. 1-10.

Thank you in advance for your consideration.

                                                             Respectfully submitted,

                                                             RAYMOND NARDO, ESQ.

Rn:rn
cc:    Melissa Mendoza, Esq. (via ECF)
        August W. Heckman III, Esq. (via ECF)
        David S. Feather, Esq. (via ECF)