UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SHYANNE SHEPHERD,                                                    Case No.: 1:26-cv-01297

                          Plaintiff                          **NOTICE OF APPEARANCE**


          -against-


FRONTIER LOGISTICS, INC.,
FRONTIER LOGISTICS,
AMAZON.COM, INC.,
AMAZON LOGISTICS, INC.,
AMAZON.COM SALES, INC.,
and AINULLAH
HAMZA, individually
                          Defendants

-------------------------------------------------------X

          PLEASE TAKE NOTICE that the undersigned, Melissa Mendoza of the law firm Derek

Smith Law Group, PLLC, is an attorney admitted to practice in this Court and hereby appears on

behalf of Plaintiff SHYANNE SHEPHERD, in the above-captioned matter. Counsel is a registered

attorney in the CM/ECF system. All papers, notices, and proceedings herein shall be directed to

the undersigned.


Dated: April 1, 2026
New York, New York

                                        Respectfully submitted,

                                        Melissa Mendoza, Esq.
                                        DEREK SMITH LAW GROUP, PLLC
                                        450 Seventh Avenue, Floor 30
                                        New York, NY 10123
                                        (332) 910-5677
                                        melissa@dereksmithlaw.com


1