UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SHYANNE SHEPHERD,                                 Case No.: 1:26-cv-01297

                Plaintiff

                                          **PLAINTIFF'S NOTICE OF FILING
PROOF OF SERVICE ON
<u>DEFENDANT AMAZON.COM, INC.</u>**

       -against-


FRONTIER LOGISTICS, INC.,
AMAZON.COM, INC.,
AMAZON LOGISTICS, INC.,
AMAZON.COM SALES, INC.,
and AINULLAH
HAMZA, individually

                Defendants

-----------------------------------------------------------X

PLEASE TAKE NOTICE that Plaintiff SHYANNE SHEPHERD, through undersigned counsel, hereby files the attached Affidavit of Service as proof of service of the Summons with Notice upon Defendant Amazon.com, Inc., pursuant to Fed. R. Civ. P. 4(l).

**BACKGROUND**

1. This action was originally commenced in the Supreme Court of the State of New York, County of Queens, under Index No. 725691/2025. On March 5, 2026, Defendants removed the action to this Court pursuant to 28 U.S.C. § 1441 and 1446.

2. On December 31, 2025, Plaintiff's process server personally served the Summons with Notice and Notice of Electronic Filing upon Defendant Amazon.com, Inc. Service was made at the address of Amazon.com, Inc.'s registered agent, Corporation Service Company ("CSC"), 300 Deschutes Way SW, Suite 208 MC-CSC1, Tumwater, Washington 98501 in

the State of Washington, as confirmed by the Washington Secretary of State Corporations and Charities Filing System (UBI No. 601 720 490), a true copy of which is attached hereto as Exhibit B. Corporation Service Company is a professional registered agent firm whose express business purpose is accepting service of process on behalf of its corporate clients. The individual who accepted service, Ellen Jones, identified herself as a Customer Service Associate of Corporation Service Company and confirmed that she was authorized to accept service of process on behalf of Amazon.com, Inc.

3.  Service at CSC's office on behalf of Amazon.com, Inc., accepted by a CSC employee who confirmed her authority, is valid under CPLR 311(a)(1), CPLR 313, and Fed. R. Civ. P. 4(h)(1)(A). There is no basis for any challenge to this service. See *Fashion Page, Ltd. v. Zurich Ins. Co.*, 50 N.Y.2d 265, 270, 272 (1980) (service on employee identified as authorized to accept process was upheld).

4.  The Affidavit of Service was completed in the Queens County Supreme Court action and was not filed in state court prior to removal. Pursuant to Fed. R. Civ. P. 4(l)(3), failure to prove service does not affect the validity of service. Plaintiff now files the server's Affidavit of Service, attached hereto as Exhibit A, in this Court in accordance with Fed. R. Civ. P. 4(l)(1).

5.  To the extent the Court or any party contends that the December 31, 2025 service requires further action, Plaintiff respectfully notes that 28 U.S.C. § 1448 expressly provides that in removed cases in which ". . . [S]ervice has not been perfected prior to removal, or in which process served proves to be defective, such process or service may be completed or new process issued in the same manner as in cases originally filed in such district court."

2

Plaintiff stands ready to complete service or issue new process under FRCP 4 if the Court so directs.

**CONCLUSION**

6. For the foregoing reasons, Plaintiff respectfully submits the attached Affidavit of Service (Exhibit A) as timely proof of service on Defendant Amazon.com, Inc., completed on December 31, 2025 at the office of Amazon.com, Inc.'s registered agent, Corporation Service Company, at 300 Deschutes Way SW, Suite 208 MC-CSC1, Tumwater, Washington 98501. Service was accepted by an authorized representative of Corporation Service Company, Amazon.com, Inc.'s designated registered agent under Washington law. Service is valid and unassailable under CPLR 311(a)(1), CPLR 313, and Fed. R. Civ. P. 4(h)(1)(A).

Dated: April 2, 2026
New York, New York

Respectfully submitted,

Melissa Mendoza, Esq.
DEREK SMITH LAW GROUP, PLLC
450 Seventh Avenue, Floor 30
New York, NY 10123
(332) 910-5677
melissa@dereksmithlaw.com

3