# EXHIBIT A

AFFIRMATION OF SERVICE

DEREK SMITH LAW GROUP, PLLC    Josh Sattem
SUPREME COURT QUEENS COUNTY STATE OF NEW YORK

SHYANNE SHEPHERD

- vs -

FRONTIER LOGISTICS, INC., ETAL

PLAINTIFF

DEFENDANT

index No. 725691/2025
Date Filed
File No.
Court Date:
AFFIRMATION OF SERVICE

STATE OF _Washington_ , COUNTY OF _Thurston_ :SS:

_Cam Haines_ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _Washington_

On _12/31/25_ at _12:07 PM_,

at 410 TERRY AVENUE NORTH SEATTLE, WA 98109 _300 Deschutes Way SW ste 208 Mc-CX1 Tumwater, WA 98501_
_Corporation service company_,

deponent served the within **NOTICE OF ELECTRONIC FILING, SUMMONS WITH NOTICE** on: **AMAZON.COM, INC.,**
the **DEFENDANT** therein named.

| | | |
|---|---|---|
| ___ #1 INDIVIDUAL | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. | |
| ✗ #2 CORPORATION | By delivering a true copy of each personally to _Ellen Jones_ , who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**. | |

Deponent knew the person so served to be the _Customer Service Associate_
of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE
AGE PERSON
RESIDENCE
By delivering a true copy of each to _____ a person
of suitable age and discretion at the **DEFENDANT's** dwelling house (usual place of
abode) within the state.

___ #4 SUITABLE
AGE PERSON
BUSINESS
By delivering a true copy of each to _____ a person
of suitable age and discretion with capacity to accept as a coworker of
the **DEFENDANT** within the state.

___ #5 AFFIXING
TO DOOR
By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [
] actual place of business  [ ] dwelling house (usual place of abode) within the
state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age
and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by

___ #6 MAIL COPY
On _____ I deposited in the United States mail a true copy of the
aforementioned documents properly enclosed and sealed in a post-paid wrapper
addressed to the above address. Copy mailed 1st class mail marked personal and
confidential not indicating on the outside thereof by return address or otherwise
that said notice is from an attorney or concerns an action against the person to be
served.

✗ #7 DESCRIPTION
(USE WITH #1, 2 OR 3)
Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the service as follows.
Gender: _Female_    Perceived Race: _Caucasian_    Hair: _Brown_
Age: _60_    Height: _5'11_    Weight: _130_
OTHER IDENTIFYING FEATURES: _____

___ #8 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to
the **DEFENDANT** in the
amount of $_____

___ #9 MILITARY SRVC
Deponent asked person spoken to whether the **DEFENDANT** was presently in military
service of the United States Government or of the State of _____ and was
informed that **DEFENDANT** was not.

___ # 10 OTHER

I affirm this _7_ day of _Jan_ , 20_26_, under the penalties of perjury under the laws of New
York, which may include a fine or imprisonment, that the foregoing is true, and I understand
that this document may be filed in an action or proceeding in a court of law.

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-DSG-25798144