# EXHIBIT B

# Corporations and Charities Filing System

Business Information ≡

## BUSINESS INFORMATION

Business Name:

AMAZON.COM, INC.

UBI Number:

601 720 490

Business Type:

FOREIGN PROFIT CORPORATION

Business Status:

ACTIVE

Principal Office Street Address:

410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, UNITED STATES

Principal Office Mailing Address:

410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, UNITED STATES

Expiration Date:

06/30/2026

Jurisdiction:

UNITED STATES, DELAWARE

Formation/ Registration Date:

06/18/1996

Period of Duration:

PERPETUAL

Inactive Date:

Nature of Business:

OTHER SERVICES, RETAIL, HOLDING COMPANY AND PARENT CORPORATION

## REGISTERED AGENT INFORMATION

Registered Agent Name:

CORPORATION SERVICE COMPANY

Street Address:

300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES

Mailing Address:

300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES

GOVERNORS 🛈 (HTTPS://WWW.SOS.WA.GOV/CORPORATIONS-
CHARITIES/FREQUENTLY-ASKED-QUESTIONS-
FAQS/GOVERNORSOFFICERSDIRECTORSMEMBERSMANAGERS)

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | JEFF | BEZOS |
| GOVERNOR | INDIVIDUAL | | PATRICIA | STONESIFER |
| GOVERNOR | INDIVIDUAL | | JONATHAN | RUBINSTEIN |
| GOVERNOR | INDIVIDUAL | | JAMIE | GORELICK |
| GOVERNOR | INDIVIDUAL | | WENDELL | WEEKS |
| GOVERNOR | INDIVIDUAL | | DANIEL | HUTTENLOCHER |
| GOVERNOR | INDIVIDUAL | | INDRA | NOOYI |
| GOVERNOR | INDIVIDUAL | | KEITH | ALEXANDER |
| GOVERNOR | INDIVIDUAL | | EDITH | COOPER |
| GOVERNOR | INDIVIDUAL | | BRAD | SMITH |
| GOVERNOR | INDIVIDUAL | | ANDY | JASSY |
| GOVERNOR | INDIVIDUAL | | ANDREW | NG |
| GOVERNOR | INDIVIDUAL | | ANTONIO | MASONE |
| GOVERNOR | INDIVIDUAL | | MARK | HOFFMAN |

Case 1:26-cv-01297-CBA-PK    Document 18-2    Filed 04/02/26    Page 4 of 4 PageID #: 128

 Success!

CLOUDFLARE
Privacy • Help

Back

| Filing History | Name History | Print | Return to Business Search |